UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WEIDMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>PG&E CORPORATION,<br><br>            Defendant. | Case No. 22-cv-00389-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**<br><br>Re: Dkt. No. 5 |

The Court **GRANTS** Docket. No. 5, Appellant William F. Weidman, III's motion for an extension of time to file his response to Appellees PG&E Corporation's and Pacific Gas and Electric Company's Motion to Dismiss Appeal. *See* Dkt. No. 3. Appellant shall file his response to Appellees' Motion to Dismiss Appeal by March 4, 2022. Appellees may file a reply by March 11, 2022.

**IT IS SO ORDERED.**

Dated: 2/18/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge