KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Appellees PG&E Corporation
and Pacific Gas and Electric Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WILLIAM F. WEIDMAN, III, | Case No. 22-cv-00389-HSG |
| Appellant, | Bankruptcy Case No 19-30088 (DM) |
| v. | **ORDER STAYING BRIEFING ON MERITS OF APPEAL PENDING RESOLUTION OF MOTION TO DISMISS** |
| PG&E CORPORATION, et al., | |
| Appellees. | |

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

WHEREAS, PG&E Corporation and Pacific Gas and Electric Company, as debtors (collectively, the "**Debtors**," and as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-referenced chapter 11 cases and appellees herein, filed the *Reorganized Debtors' Motion to Dismiss the Appeal by William F. Weidman, III* (the "**Motion to Dismiss**") [Dkt. No. 3] on February 7, 2022;

WHEREAS, the Motion to Dismiss is currently set to be heard on May 26, 2022, and William F. Weidman, III ("**Appellant**") must file any response to the Motion to Dismiss by February 22, 2022, and the Reorganized Debtors must file any reply to Appellant's response by March 1, 2022;

WHEREAS, pursuant to the Initial Case Management Scheduling Order (the "**Scheduling Order**"), entered on January 20, 2022 [Dkt. No. 2], Appellant's principal brief is due "no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket," and the Reorganized Debtors' response brief is due 30 days after Appellant's principal brief is filed and served;

WHEREAS, Appellant has not yet filed with the Bankruptcy Court his designation of items to be included in the record and statement of the issues to be presented, as required under Federal Rule of Bankruptcy Procedure 8009, which filings were due on February 3, 2022;

WHEREAS the notice that the record has been transmitted has not yet been filed on the docket in this Appeal; and

WHEREAS, on February 17, 2022, the Reorganized Debtors filed the *Administrative Motion of Reorganized Debtors to Stay Briefing on Merits of Appeal Pending Resolution of Motion to Dismiss* (the "**Motion**"), requesting that briefing on the merits of this appeal be stayed until disposition of the Motion to Dismiss;

For the reasons set out above and in the Motion, and good cause appearing therefor,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion

IT IS ORDERED:

1. The Motion is granted.

2. All deadlines for briefing the merits of the Appeal as set forth in the Scheduling Order are hereby suspended.

3. The Court will enter a new briefing schedule, if necessary, upon the disposition of the Motion to Dismiss.

Dated: February 23, 2022

*Haywood S. Gilliam, Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Judge